EDNA CONROY, Respondent, *v.* MONTGOMERY WARD & Co., INC., Appellant.

Argued October 21, 1949; decided November 23, 1949.

*Carl S. Salmon, Jr.,* for appellant.
*Thomas M. Dugan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.